Mario A. Bianchi
bianchi@lasher.com
LASHER HOLZAPFEL
SPERRY & EBBERSON
2600 Two Union Square
601 Union Street
Seattle, WA  98101-4000
Telephone:  (206) 624-1230
Facsimile:   (206) 340-2563

Attorneys for Defendants

Judge Ricardo S Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES INC., as successor in interest to INTEGRATED PAYMENT SYSTEMS, INC., d/b/a WESTERN UNION NORTH AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC CHECKS, INC. d/b/a DOLLAR WISE, a Washington Corporation CHARLES C. SEIL and JANE DOE SEIL and the marital community composed thereof<br><br>Defendants. | Case No. 2:10-cv-00193 RSM<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:<br>JULY 16, 2010**<br><br>**WITHOUT ORAL ARGUMENT** |

Lasher Holzapfel Sperry & Ebberson P.L.L.C. ("LHSE") moves the court pursuant to GR 2 for an order allowing Mario A. Bianchi to withdraw as counsel in this case for all defendants.

MOTION FOR WITHDRAWAL OF COUNSEL-1
{17971\S986106.DOC}

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 Two Union Square
601 Union Street
Seattle WA 98101-4000
Telephone 206 624-1230
Fax 206 340-2563

This Motion should be granted because LHSE has been unable to communicate with the defendants since approximately April 8, 2010. See, Declaration of Mario A. Bianchi ("Bianchi Dec'l"), ¶2. LHSE cannot represent the defendants without communication. Repeated attempts to contact defendants have been made. No discovery cut off date has been established, as the case was only recently filed. Mario A. Bianchi and LHSE have complied with all of the requirements for withdrawal set forth in GR 2(g)(4)(A) and GR 2(g)(4)(B) including advising the corporate defendant of the consequences of failing to retain substitute counsel. This motion and the proposed order submitted herewith, were served upon the client and opposing counsel.

DATED this 21st day of June, 2010.

LASHER HOLZAPFEL
SPERRY & EBBERSON

/s/ *Mario A. Bianchi*

---

Mario A. Bianchi, WSBA #31742
Lasher Holzapfel Sperry & Ebberson, PLLC
601 Union Street, Suite 2600
Seattle, WA 98101-4000
Attorney for Defendants
Telephone: (206) 624-1230
Fax: (206) 340-2563
E-Mail: bianchi@lasher.com

MOTION FOR WITHDRAWAL OF COUNSEL-2
{17971\S986106.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

# DECLARATION OF SERVICE

Cheryl A. Knudsen, under penalty of perjury under the laws of the State of Washington, hereby declares that on this 21st day of June, 2010, I caused a copy of the foregoing document to be delivered to the following parties of record:

Attorneys for Plaintiffs:

| | |
|---|---|
| David J. Finkler<br>Law Offices of David J. Finkler, PC<br>266 HARRISTOWN ROAD<br>SUITE 20<br>GLEN ROCK, NJ 07452<br>201-689-0001<br>LawDJF@superlink.net | (via Email and First Class Mail, postage prepaid) |
| Marc S. Stern<br>Attorney at Law<br>1825 NW 65th Street<br>Seattle, WA 98117<br>marc@hutzbah.com | (via Email and First Class Mail, postage prepaid) |

Defendants:

| | |
|---|---|
| Pacific Checks, Inc.<br>2816 Auburn Way N<br>Auburn, WA 98002 | (via US First Class Mail, postage prepaid) |
| Pacific Checks, Inc.<br>Gwen O. Allen<br>Registered Agent<br>3455 S. 344th Way, #250<br>Federal Way, WA 98001 | (via US First Class Mail, postage prepaid) |

MOTION FOR WITHDRAWAL OF COUNSEL-3
{17971\S986106.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

1
2  Charles C. Seil                               (via US First Class Mail, postage prepaid)
   Pacific Checks, Inc.
3  2816 Auburn Way N
4  Auburn, WA 98002

5  Charles Seil                                  (via US First Class Mail, postage prepaid)
   26619 137th Ave
6  Kent, WA 98042
7
8     Dated at Seattle, Washington this 21st day of June, 2010.
9
10                                    _____
                                       Cheryl A. Knudsen
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOTION FOR WITHDRAWAL OF COUNSEL-4
{17971\S986106.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563