Judge Ricardo S Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES INC., as successor in interest to INTEGRATED PAYMENT SYSTEMS, INC., d/b/a WESTERN UNION NORTH AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PACIFIC CHECKS, INC. d/b/a DOLLAR WISE, a Washington Corporation CHARLES C. SEIL and JANE DOE SEIL and the marital community composed thereof<br><br>　　　　　　Defendants | Case No. 2:10-cv-00193 RSM<br><br>ORDER OF WITHDRAWAL OF COUNSEL |

THIS MATTER came before the Court on a Motion for Withdrawal of Counsel for Defendants. Having considered the Motion, Declaration of Mario A. Bianchi in support, and no opposition having been filed, the motion for withdrawal of counsel is GRANTED. The Clerk shall remove Mario A. Bianchi of Lasher Holzapfel Sperry & Ebberson, P.L.L.C., from the CM/ECF notification list.

ORDER OF WITHDRAWAL OF COUNSEL -1
{17971\T028851.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

IT IS SO ORDERED

DATED this 23rd day of July 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LASHER HOLZAPFEL
SPERRY & EBBERSON

/s/ *Mario A. Bianchi*
_____
Mario A. Bianchi, WSBA No. 31742
Lasher Holzapfel Sperry & Ebberson, PLLC
601 Union Street, Suite 2600
Seattle, WA 98101-4000
Attorney for Defendants
Telephone: (206) 624-1230
Fax: (206) 340-2563
E-Mail: bianchi@lasher.com

ORDER OF WITHDRAWAL OF COUNSEL -2
{17971\T028851.DOC}

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563