UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WESTERN UNION FINANCIAL SERVICES INC., as successor in interest to INTEGRATED PAYMENT SYSTEMS, INC., d/b/a WESTERN UNION NORTH AMERICA, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Docket No. 2:10-cv-00193RSM |
| vs. | ) ) | |
| PACIFIC CHECKS, INC. d/b/a DOLLARWISE, a Washington Corporation CHARLES C. SEIL and JANE DOE SEIL and the marital community composed thereof | ) ) ) ) ) ) ) ) | ORDER GRANTING SUMMARY JUDGMENT |
| Defendants | ) ) ) | |

THIS MATTER, having come before the Court on December 14, 2010, upon the Plaintiff's Motion for Summary Judgment and timely notice having been provided to the Defendants and the Court having considered the moving papers and exhibits, it is

ORDERED, ADJUDGED AND DECREED that the Clerk of the Court is directed to enter judgment as follows:

1. As defendants have failed to respond to the motion, summary judgment is GRANTED in favor of the Plaintiff against all Defendants, jointly and severally, for the sum of $339,669.11; and

2. Plaintiff is awarded pre-judgment contractual interest at the rate of prime plus 2% from March 10, 2009 to the date hereof; and

3. Plaintiff is awarded contractual attorney's fees of $3,001.00; and

4. Plaintiff is awarded statutory costs and disbursements.

ORDERED this: December 14, 2010.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE


Presented by:

*/s/ Marc S. Stern*
Marc S. Stern
WSBN 8194
Attorney for Plaintiff